UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
KEESHA MITCHELL, THERESA                         JUDGMENT
CAMPBELL, SEANNETTE CAMPBELL and                 09-CV- 1587 (BMC)
TANISHA SELBY,

                         Plaintiffs,

        -against-

LYONS PROFESSIONAL SERVICES, INC.,
RICHARD TRIM AND TERRY TATUM,

                         Defendants.
-------------------------------------------------------X

        A Memorandum Decision and Order of Honorable Brian M. Cogan, United States

District Judge, having been filed on June 8, 2015, ordering that on remand, Plaintiffs' motion for

judgment against Garrison is again granted; and directing the Clerk of Court to enter judgment in

favor of Plaintiffs and against Christopher Lyons and Garrison Protective Services, Inc., jointly

and severally, in the amount of $266,590.00; it is

        ORDERED and ADJUDGED that on remand, Plaintiffs' motion for default

judgment against Garrison Protective Services, Inc. is again granted; and that it is further,

        ORDERED and ADJUDGED that judgment is hereby entered in favor of

Plaintiffs Keesha Mitchell, Theresa Campbell, Seannette Campbell and Tanisha Selby, and

against Christopher Lyons and Garrison Protective Services, Inc., jointly and severally, in the

amount of $266,590.00.

Dated: Brooklyn, New York                        Douglas C. Palmer
       June 16, 2015                             Clerk of Court


                                        by:      _/s/ Janet Hamilton_
                                                 Deputy Clerk